**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DAVID DAVISON,** : | |
| Plaintiff : | CIVIL ACTION NO. 3:15-1373 |
| v. : | (JUDGE MANNION) |
| **STACEY LYNN KENNEDY,** *et al.*, : | |
| **Defendants** : | |

**O R D E R**

In light of the memorandum issued in the above-captioned matter, **IT IS HEREBY ORDERED THAT:**

**(1)** The motion to dismiss plaintiff's complaint of Parole Defendants, (Doc. 11), is **GRANTED IN PART** and **DENIED IN PART**.

**(2)** The Parole Defendants' motion to dismiss is **DENIED** with respect to plaintiff's §1983 claims of deprivation of his Fourth Amendment rights and Fourteenth Amendment due process rights in Count I against defendants Taylor and Sheaffer.

**(3)** The Parole Defendants' motion is **GRANTED** to the extent that: a) plaintiff's Fifth Amendment due process claim is **DISMISSED WITH PREJUDICE**; b) the Parole Board is **DISMISSED WITH PREJUDICE**; c) defendant Novak is **DISMISSED WITHOUT PREJUDICE**; d) plaintiff's equal

1

protection claim is **DISMISSED WITHOUT PREJUDICE**; and e) all of plaintiff's state law claims in Count II are **DISMISSED WITH PREJUDICE**.

**(4)** Defendant Kennedy is **DISMISSED WITHOUT PREJUDICE** and Doe Defendants are **DISMISSED WITHOUT PREJUDICE**.

**(5)** Defendants Taylor and Sheaffer are directed to file their answer to the remaining claims in Count I of plaintiff's complaint against them within seven days of the date of this Order.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: February 11, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1373-01-ORDER.wpd