# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

DAVID DAVISON,

    Plaintiff,

    v.

STACEY LYNN KENNEDY, et al.,

    Defendants.

CIVIL ACTION NO. 3:15-cv-01373

(SAPORITO, M.J.)

## ORDER

AND NOW, this 29th day of March, 2019, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1.     The defendants' motion for summary judgment (Doc. 80) is **GRANTED**;

2.     The Clerk is directed to enter **JUDGMENT** in favor of the defendants with respect to all of the plaintiff's claims.

 

**_s/Joseph F. Saporito, Jr._**
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge